# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

**PRO SE MOTION FOR PERMISSION TO FILE ELECTRONICALLY IN CASE 25-00793-CV-W-BP**

| | |
|---|---|
| **CHRISTOPHER A. VANHORN,** | Case No.: 25-00793-CV-W-BP |
| **Plaintiff,** | **Jury Trial Demanded** (N/A for FOIA Review) |
| v. | |
| **UNITED STATES POSTAL SERVICE,** and **THOMAS J. MARSHALL, General Counsel,** (in his official capacity) | Pursuant to 5 U.S.C. § 552(a)(4)(B) |
| | **Request for Leave to Proceed** *In Forma Pauperis* |
| **Defendants.** | |

Related Actions: W.D. Mo. 4:24-cv-00135-HFS

**Filed:** October 23, 2025
**Respectfully submitted,**
*/s/ Christopher VanHorn*
Christopher VanHorn, Pro Se
3136 Grand Ave #6
Kansas City, MO 64111
(913) 999-3366
chris_vnhrn@yahoo.com

# I. INTRODUCTION

Plaintiff Christopher A. VanHorn, pro se, respectfully moves this Court for permission to file documents electronically in Case No. 25-00793-CV-W-BP via the Case Management/Electronic Case Files (CM/ECF) system, pursuant to FRCP 5(d)(3) and WD Mo L.R. 5.1(b). In support, Plaintiff states:

Plaintiff filed the original complaint on October 9, 2025, via paper due to lack of e-filing access. This motion seeks permission to register for CM/ECF, demonstrating technical capability and the need for efficiency in this FOIA suit with a January 28, 2026, habeas deadline (Case No. 2316-MU00003).

# II. LEGAL STANDARD

1. FRCP 5(d)(3) authorizes courts to require e-filing but permits exceptions for good cause, including pro se access upon showing readiness. WD Mo L.R. 5.1(b) explicitly allows pro se litigants to request e-filing permission via motion. Courts freely grant such relief to promote just resolution (FRCP 1; Foman v. Davis, 371 U.S. 178, 182 (1962)). Pro se filings receive liberal construction (Haines v. Kerner, 404 U.S. 519, 520 (1972)).

# III. FACTS SUPPORTING PERMISSION

2. Pro Se and IFP Status: Plaintiff is pro se with a pending IFP motion (filed October 9, 2025), certified in related WD Mo Case No. 4:24-cv-00135-HFS (Doc. 75, September 2, 2025; 28 U.S.C. § 1915(a)). E-filing reduces costs and delays.

3. Technical Capability: Plaintiff has successfully e-filed in WD Mo Case No. 4:24-cv-00135-HFS (amendments/motions post-permission); e-filing permission granted in this case which is related. Plaintiff has reliable internet and complies with CM/ECF User Manual.

4. Case Urgency: FOIA claims involve time-sensitive habeas evidence (IV ¶20); e-filing ensures timely supplements.

5. No Prejudice: Pre-answer stage; permission aids court efficiency (WD Mo General Order 14-0004: Pro se e-filing motions routinely granted).

## IV. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff requests the Court grant permission to register for and use CM/ECF in this case, confirm applicability of prior WD Mo e-filing access, and provide interim e-filing for pending matters.

Respectfully submitted,<br>
<u>*/s/ Christopher A. VanHorn*</u>

## CERTIFICATE OF SERVICE

To the best of my knowledge, all parties are registered users of the Court's CM/ECF system or represented by counsel who are registered users, ensuring service upon filing. I hereby certify that on October 23, 2025, I hand-delivered the foregoing Motion for For Permission to File Electronically to the Clerk of Court for the Western District of Missouri at 400 East 9th Street, Kansas City, MO 64106. Upon filing, the Clerk will serve copies on all parties via the court's CM/ECF system (for registered users):

1. United States Attorney for the Western District of Missouri, 400 East 9th Street, Room 5510, Kansas City, MO 64106 (FRCP 4(i)(1)(A)).

2. Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (FRCP 4(i)(1)(B)).

3. Office of the General Counsel, United States Postal Service, 475 L'Enfant Plaza SW, Washington, DC 20260-1100 (FRCP 4(i)(2)).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,
*/s/ Christopher A. VanHorn*
Christopher A. VanHorn, Pro Se
3136 Grand Avenue #6
Kansas City, MO 64111
(913) 999-3366
chris_vnhrn@yahoo.com
Date: October 23, 2025
